# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>Yusur Roble Said | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | CR09-70071 PVT | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of  21  U.S.C. § 846 & 861(a)(1)

**DISTRICT OF OFFENSE**  Eastern District of California

**DESCRIPTION OF CHARGES:**  Conspiracy and distribution of Khat

FILED
FEB 06 2009
NORTHERN
SAN JOSE CALIFORNIA

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify)
Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None |
|---|---|
| Interpreter Required? | ☐ No  ☒ Yes   Language: ~~Amharic~~ Ethiopian / Amharic |

**NORTHERN   DISTRICT OF   CALIFORNIA**

Date 2/6/09    United States Judge or Magistrate Judge  Patricia V. Trumbull

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |